ANTONIO K. KIZZIE, ESQ. (SBN 279719)
akizzie@kizziefirm.com
**THE KIZZIE FIRM, APC**
1732 Aviation Blvd., #226
Redondo Beach, CA 90278
Tel: (310) 988-9977
Fax: (310) 265-1957

Attorneys for Plaintiff
MICHELLE HUANG

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HUANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SONESTA REDONDO BEACH, LLC, a Maryland Limited Liability Company d.b.a. Sonesta Redondo Beach & Marina; SONESTA INTERNATIONAL HOTELS CORPORATION, a Maryland corporation, GLADYS BAUER, an individual, and DOES 2-10, Inclusive,<br><br>Defendant. | Case No. 2:25-cv-00140-AS<br><br>State Case No. 24STCV30361<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO REMAND FIRST AMENDED COMPLAINT TO STATE COURT<br><br>[*Filed Concurrently with Proposed Order*]<br><br>Original Complaint Served: December 5, 2025<br><br>First Amended Complaint Served: December 20, 2024<br><br>Date of Removal: January 6, 2025 |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the Court having reviewed Plaintiff Michelle Huang ("Plaintiff") and Defendants Sonesta Redondo Beach, LLC and Sonesta International Hotels Corp. ("Defendant Sonesta") ("Parties," collectively) Stipulation to Remand First Amended Complaint to State Court ("Stipulation"), it is hereby ordered as follows:

1. The Parties' Stipulation is **GRANTED**.
2. The instant case shall be remanded to California state court for all future proceedings under case number 24STCV30361.

**IT IS SO ORDERED.**

**Dated:** January 27, 2025

_____/ s / Sagar_____
The Honorable Alka Sagar
United States Magistrate Judge

2